IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01405-LTB-KMT

JULIAN SAM,

    Petitioner,

v.

STEVE HARTLEY, and
COLORADO ATTORNEY GENERAL

    Respondents.

## **MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Petitioner's "Motion to Supplement Motion to Produce State Record at State's Expense" (#20, filed July 10, 2008) is **GRANTED**.

Dated: July 14, 2008