IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01405-LTB-KMT

JULIAN SAM,

    Petitioner,

v.

STEVE HARTLEY, and
COLORADO ATTORNEY GENERAL

    Respondents.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Petitioner's "Motion to Produce State Record at State;s [sic] Expense" (#18, filed April 25, 2008) is DENIED. To the extent Petitioner requests his own copy of the state court record, Petitioner has not demonstrated he is entitled to discovery in this habeas corpus action. *See Bracy v. Gramley*, 520 U.S. 899, 904 (1997). Petitioner may petition the state court for additional loan of the state court record if he believes it is necessary.

Dated: September 3, 2008