IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01405-LTB-MEH

JULIAN SAM,

    Plaintiff,

v.

STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.
_____

**ORDER**
_____

    The Order referring this matter to Magistrate Judge (Doc 7) is WITHDRAWN in its entirety.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: April 3, 2009