IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01405-LTB-KMT

JULIAN SAM,

      Applicant,

v.

STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Babcock, Judge

Applicant has filed a notice of appeal from this court's final order denying his Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action.  The court has

reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should

not be issued because Applicant has not made a substantial showing of the denial of a constitutional

right.  Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this  27th  day of August, 2009.

BY THE COURT:

   s/Lewis T. Babcock
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO