```
                                                               FILED
                                                      UNITED STATES DISTRICT COURT
                                                          DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT                APR 13 2011
            FOR THE DISTRICT OF COLORADO
                                                        GREGORY C. LANGHAM
                                                                 CLERK
```

CIVIL ACTION NO. 07-cv-01405 LTB-KMT

JULIAN SAM,

    Applicant,

vs.

STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

    Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __13th__ day of __April__, 2011.

                  BY THE COURT:

                  __s/Lewis T. Babcock__
                  Lewis T. Babcock
                  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01405 LTB-KMT

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Julian Sam
# 103294
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on ___4/13/11___.

           GREGORY C. LANGHAM, CLERK

           By: _____
               Deputy Clerk